BALBACH SMELTING AND REFINING COMPANY, NEWARK, NEW JERSEY, PROSECUTOR, v. STATE BOARD OF TAXES AND ASSESSMENT, RESPONDENT.

Argued February 6, 1929—Decided March 11, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the prosecutor, *Ralph O. Willguss.*

For the respondent, *William A. Stevens,* attorney-general.

PER CURIAM.

We have examined with care the affidavit and exhibits used on this application, as well as the briefs of counsel submitted in connection therewith.

To us, it seems quite apparent that this application for a writ of *certiorari* must be denied under our decided cases. *Alton Machine Co.* v. *State Board of Assessors,* 69 *Atl. Rep.* 451; *Phonograph Co.* v. *Board of Assessors,* 54 *N. J. L.* 430; *Burlington Distilling Co.* v. *State Board of Taxes and Assessment,* 86 *Id.* 92; *Edison Phonograph Co.* v. *Assessors,* 57 *Id.* 520. See, also, *Standard Underground Cable Co.* v. *Attorney-General,* 46 *N. J. Eq.* 270, and *American Glucose Co.* v. *New Jersey,* 43 *Id.* 280.

The application for the writ will be denied accordingly.